PROB 12C
(7-93)

Report Date: October 25, 2010

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**OCT 2 6 2010**

JAMES R. LARSEN
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kevin Caraker | Case Number: 2:04CR00246-001 |
| Address of Offender: | Kennewick, WA 99337 |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 12/1/2005

| | |
|---|---|
| Original Offense: | Interstate Transportation of Stolen Firearms, 18 U.S.C. § 922(i); Receipt, Possession, Selling Stolen Firearms, 18 U.S.C. § 922(j) |
| Original Sentence: | Prison - 70 Months; TSR - 36 Months    Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Jared C. Kimball    Date Supervision Commenced: 10/13/2009 |
| Defense Attorney: | Philip E. Nino    Date Supervision Expires: 10/12/2012 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Kevin Caraker is considered in violation of his period of supervised release in the Eastern District of Washington by committing the offenses of burglary in the second degree and possession of stolen property, on or prior to October 6, 2010. |
| | On October 4, 2010, detectives with the Kennewick Police Department began an investigating after the burglary of Les Schwab Tire Center on Clearwater in Kennewick, Washington. Their investigation led them to the defendant and his roommate. A search warrant was obtained for the defendant's vehicle and residence. During the course of the search, evidence was located in the defendant's residence which was allegedly tied to the burglary. Also located during the search were items which had been stolen during another burglary. |
| | The defendant has been charged under case number 10-1-01045-2, for the burglary of the Les Schwab Tire Center and under case number PC10Y0756 for possessing the stolen |

Prob12C
Re: Caraker, Kevin
October 22, 2010
Page 2

property. The defendant was booked into the Benton County Jail on both cases on October 6, 2010 and remains in custody.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/25/2010

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

10/26/10
Date